IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANITA SCHAFF**,                                      3:14-cv-00632-KI

        Plaintiff,                            **JUDGMENT**

   v.

**CAROLYN W. COLVIN,**
Commissioner of Social Security,

        Defendant.


**KING**, Judge:

This matter is remanded pursuant to sentence four of 42 USC § 405(g) for further administrative proceedings in accordance with the Opinion and Order. This action is dismissed.

IT IS SO ORDERED.

Dated this   17th   day of February, 2015.

                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge